# Court of Appeals
# of the State of Georgia

ATLANTA,   April 12, 2013

*The Court of Appeals hereby passes the following order:*

**A13A1313.  PAUL GEORGE BETTENCOURT v. THE STATE.**

Paul Bettencourt was convicted of armed robbery, kidnapping, and aggravated sodomy.  We affirmed his convictions on appeal.  *Bettencourt v. State*, 247 Ga. App. 219 (543 SE2d 81) (2000).  He later filed a "Motion to Correct Illegal Sentence," arguing that his aggravated sodomy conviction merged with his other convictions as a matter of fact.  The trial court denied the motion, and Bettencourt appeals.

An appeal may lie from an order denying a motion to correct a void sentence if the defendant raises a colorable claim that the sentence is, in fact, void or illegal. See *Harper v. State*, 286 Ga. 216 n.1 (686 SE2d 786) (2009); *Burg v. State*, 297 Ga. App. 118, 119 (676 SE2d 465) (2009).  Bettencourt's merger argument, however, is a challenge to his convictions, not his sentence.  See *Williams v. State*, 287 Ga. 192 (695 SE2d 244) (2010).  Because Bettencourt has not raised a valid void-sentence claim, this appeal is hereby DISMISSED.  See *Roberts v. State*, 286 Ga. 532 (690 SE2d 150) (2010); *Harper*, supra.





*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,*   04/12/2013
     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*